# COMPLAINT/REMOVAL DISMISSAL
## United States District Court
## Southern District of New York

Mag. Judge Dkt. No. 19 Mag. 8841    Date 11-26-19

USAO No. 2019R01266

The Government respectfully requests the Court to dismiss without prejudice the _X_ Complaint ___ Removal Proceedings in

United States v. Eric Benjamin Bolton

The Complaint/Rule 40 Affidavit was filed on September 19, 2019

___ U.S. Marshals please withdraw warrant.

Rule 5(c)(3) defendant has been returned to the SD of West Virginia

**SO ORDERED:**

_____  _____
ASSISTANT UNITED STATES ATTORNEY

David Felton
(Print name)

_____  11/27/19
UNITED STAES MAGISTRATE JUDGE    DATE

---

Distribution:   White → Court    Yellow → U.S. Marshals    Green → Pretrial Services    Pink → AUSA Copy